JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

DIMIEARI HALLIDAY, et al.,,

Plaintiffs,

v.

COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:23-cv-06877-JAK (RAOx)

**ORDER RE STIPULATION FOR DISMISSAL (DKT. 91)**

**[JS6: CASE TERMINATED]**

1

Based on a review of the Stipulation for Dismissal (the "Stipulation" (Dkt. 91)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs. All pending dates, deadlines, hearings, and appearances are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated:  March 19, 2026        _____

John A. Kronstadt

United States District Judge